AO 442 (Rev. 12/85) Warrant for Arrest  AUSA KAPLAN; FBI S/A JUDY ORIHUELA (305) 787-6602

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

00 MAY 11 PM 3:18

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA

V.

LEO BROVILLETTE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6117**

MAGISTRATE JUDGE
CR - MORENO

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __LEO BROVILLETTE__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiring to commit bank fraud, defrauding the Department of Housing & Urban Development, filing false loan applications with financial institutions, mail fraud, and wire fraud: loan application fraud; & wire fraud

in violation of Title __18__ United States Code, Section(s) __371, 1014, and 1343__

CLARENCE MADDOX
Name of Issuing Officer

J. Jorden
Signature of Issuing Officer

RSS
Bail fixed at $100,000 CORPORATE SURETY BOND
with Nebbia
DO NOT LODGE

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

MAY 11, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |