UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED IN OPEN COURT
5-12-00

UNITED STATES OF AMERICA

vs

Roseman, et al,
_____/

CASE NO. 00-6117-CR-Moreno

ORDER

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this 12 day of May, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

7/37