COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Leo Brovillette (J)#          CASE NO: 00-6117-CR-Moreno
AUSA: Jeff Kaplan  *present*        ATTNY: Marty Bidwell
AGENT:                              VIOL:
PROCEEDING: Initial Appearance      BOND REC: 100,000 CSB
BOND HEARING HELD - yes/no          COUNSEL APPOINTED: APD
____ BOND SET @ $150,000 PSB
CO-SIGNATURES: wife
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) ____ Halfway House
____ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

✓ - advised of charges
✓ - sworn for Counsel
✓ - sworn

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED by ___ D.C.
MAY 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:  N/A
STATUS CONFERENCE:
DATE: 5-12-00    TIME: 9:00am    TAPE # 00-037    PG #

200-552
Recalled
641-800