

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-Moreno

UNITED STATES OF AMERICA

vs

Leo Brovillette

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry Seltzer on 5-12-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT:   Address: SEE BOND

             Telephone:

DEFENSE COUNSEL:  Name: FPD

             Address:

             Telephone:

BOND SET/~~CONTINUED~~:  $ 150,000 PSB

Bond hearing held: yes __X__  no____  Bond hearing set for_____

Dated this __12__ day of __May__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-037

cc: Clerk for Judge
    U. S. Attorney