AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAPLAN; FBI S/A JUDY ORIHUELA (305) 787-6602   475995

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

LEO BROVILLETTE

**WARRANT FOR ARREST**

CASE NUMBER: 00-6117

MAGISTRATE JUDGE

CR - MORENO

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LEO BROVILLETTE__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiring to commit bank fraud, defrauding the Department of Housing & Urban Development, filing false loan applications with financial institutions, mail fraud, and wire fraud; loan application fraud; & wire fraud

in violation of Title __18__ United States Code, Section(s) __371, 1014, and 1343__

CLARENCE MADDOX
Name of Issuing Officer

*[signature: J. Jordan]*
Signature of Issuing Officer

BSS

Bail fixed at $100,000 CORPORATE SURETY BOND
with Nebbia

DO NOT LODGE

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

MAY 11, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

*[signature]*
by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/12/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ LEO BROVILLETTE _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS:   FBI, 16320 NW 2ND AVENUE, N. MIAMI BEACH, FL 33169