| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>Vs.<br><br>MIRIAM LAWRENCE, et al.,<br>　　　　　　Defendant(s)./ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>Case No. 00-6117-CR-MORENO |

*FILED by MC D.C.*
*JUL - 7 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S. D. OF FLA.*

## ORDER CONTINUING TRIAL

THIS CAUSE comes before the Court on **Defendant's Motion For Continuance filed June 20, 2000.** After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the trial is **reset** for the two-week period commencing **August 28, 2000** before the Honorable Federico A. Moreno, United States District Judge, Courtroom 4, 10th Floor, Federal Justice Building, 99 NE 4th Street, Miami, Florida. **Call of the Calendar** will be held at **2:00 p.m., Tuesday, August 22, 2000.**

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay **(from 7/3/00 - 8/28/00)** excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in chambers at Miami, Florida, this 26th day of June, 2000.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FEDERICO A. MORENO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　AUSA Jeffrey Kaplan
　　　　Jeffrey E. Feiler, Esq.
　　　　AFPD Robert Berube
　　　　H. Don Williams, Esq.
　　　　Pretrial Services

\c:\corel\suite8\template\custom WPtemplates\legal\conttrl.wpt\1/99