FILED by \_\_\_\_ D.C.

AUG 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6117-CR-HUCK

        Plaintiff,

vs.    NOTICE OF HEARING

LEO BROVILLETTE,

        Defendant.

_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Thursday, September 07, 2000 at 8:45 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

Dated: August 21, 2000

CLARENCE MADDOX, CLERK

By: *Valerie Thompkins*
Valerie Thompkins
Deputy Clerk

cc: Jeffrey Kaplan, AUSA
    Robert Berube, AFPD
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services

