FILED by ___ D.C.

SEP 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEO BROVILLETTE,

        Defendant.

_____/

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for a change of plea hearing on Wednesday, September 20, 2000, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

Dated: September 06, 2000

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: Jeffrey Kaplan, AUSA
    Robert Berube, AFPD
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services