JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-~~MORENO~~(s) HUCK

18 U.S.C. 4

FILED BY _____

00 SEP -6 AM 9: 16

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

UNITED STATES OF AMERICA          )
                                  )
         Plaintiff,               )
                                  )
vs.                               )
                                  )
LEO BROVILLETTE,                  )
                                  )
         Defendant.               )

## INFORMATION

The United States Attorney charges that:

From in or about 1996 through in or about May, 1997, in the Southern District of Florida, the defendant,

LEO BROVILLETTE,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, loan application fraud, did conceal the same by hiding for another person files containing numerous fraudulent loan applications and fraudulent supporting documents, and did not, as soon as possible, make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO.    00-6117-CR-MORENO(s)

v.                               ## CERTIFICATE OF TRIAL ATTORNEY*

LEO BROVLLETTE                   **Superseding Case Information**:

**Court Division**: (Select One)
                                 New Defendant(s)         Yes ___   No _X_
___ Miami    ___ Key West        Number of New Defendants     _0_
_X_ FTL      ___ WPB  ___ FTP    Total number of counts       _1_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) __No__
   List language and/or dialect   __English__

4. This case will take __NA__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days      _X_         Petty        ___
   II   6 to 10 days     ___         Minor        ___
   III  11 to 20 days    ___         Misdem.      ___
   IV   21 to 60 days    ___         Felony       _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __YES__
   If yes:
   Judge: __Moreno__                Case No. __00-6117-CR-MORENO__
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __99-4657-SNOW; 97-4601-SNOW; and 97-4609-SNOW__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

                                    JEFFREY N. KAPLAN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. A5500030

*Penalty Sheet(s) attached                                          REV.4/7/99
N:\udd\hpantale\kaplan\ROSEMAN\brovilletteinfpkg.wpd

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: LEO BROVILLETTE             No.: 00-6117-CR-MORENO(s)

Count #1:
Misprison of Felony; in violation of 18:4

*Max Penalty:   3 years' maximum imprisonment; $250,000 fine

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

Count # :


*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96