FILED by _____ D.C.
MAG. SEC.
SEP 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.     CASE NUMBER: 00-6117-CR-~~MORENO(s)~~ HUCK

LEO BROVILLETTE

I, Leo Brovillette, the above named defendant, who is accused of misprision of a felony, in violation of Title 18, United States Code, Section 4, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/19/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LEO BROVILLETTE
Defendant.

_____
ROBERT BERUBE
Counsel for Defendant

Before _____
Judicial Officer