UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6117-CR-HUCK (s)

UNITED STATES OF AMERICA,

vs.

LEO BROVILLETTE
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 55295-004

Language: English

The above-named Defendant appeared before **Magistrate Judge ROBERT L. DUBE.** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: 651 N. W. 37 Street

                     POMPANO BEACH, FLORIDA

               Tel. No:    N/A

Defense Counsel:   Name    : FEDERAL PUBLIC DEFENDER

               Address:

FILED by _____ D.C.
MAG. SEC.
SEP 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

               Tel. No:    305-530-7000

Bond Set/Continued:    $ 150,000 PSB

Dated this 19TH day of SEPTEMBER, 2000.

                     CLARENCE MADDOX, CLERK

                     BY    NANCY J. FLOOD
                         Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00H 38-1880
DIGITAL START NO. 38-2685

