SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DE DEC 51 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

DEFENDANT Leo B_____    CASE # 00-6117-CR

JUDGE PAUL C. HUCK

Deputy Clerk VALERIE THOMPKINS    DATE 12-15-2000

Court Reporter LARRY HERR    USPO _____

AUSA Jeffrey Kaplan    Deft's Counsel Robert Berube

COUNTS DISMISSED All remaining

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |

Comments: first 6 months in a 1/2 way house

Assessment $ 100.00    Fine $ 0

Restitution /Other _____

### CUSTODY

_____ Remanded to the Custody of the U.S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: _____