FILED BY _____ D.C.

00 DEC 20 AM 10:51

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

No further action required by
the U.S. Marshals Service.

JAMES A. TASSONE
~~DANIEL J. HORGAN~~
UNITED STATES MARSHAL

~~Richard Broadus~~ SDUSM

FRED DEPOMPA

83