PROB 12A  
(SD/FL 9/96)

SD/FL PACTS No. 63872

FILED by ___ D.C.

MAY 16 2001

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision

**Name of Offender:** Leo Brovillette            **Case Number:** 00-6117-CR-HUCK

Name of Sentencing Judicial Officer: The Honorable Paul Huck, U.S. District Judge, Southern District of Florida, Miami

Date of Original Sentence: December 15, 2000

Original Offense:   Misprison of a Felony, in violation of 18 U.S.C. § 4, a Class E felony

Original Sentence:   Probation for a term of Three (3) years with the following special conditions: 1) Participation in halfway house for a term of 180 days. 2) Maintain full legitimate employment and not to be unemployed for mote than 30 days unless excused by the Probation Officer. 3) Provide documentation including W-2 wage and earning statement, pay stubs, contractual agreements and other documents as requested by the Probation Officer. 4) Obtain prior approval form the Probation Officer before entering into any self employment. 5) File all past due income tax returns and remain current on all tax obligations under the supervision of the Probation and to the satisfaction of the Internal Revenue Service.

Type of Supervision: Probation            Date Supervision Commenced: December 15, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition,** by failing to participate in the Community Correctional Center for a term of 180 days. On April 6, 2001, the probationer was discharged from the Community Correctional Center due to medical reasons. |



PROB 12A    SD/FL PACTS No. 63872
(SD/FL 9/96)

U.S. Probation Officer Action:

On January 16, 2001, the probationer was admitted into the Community Correctional Center, Salvation Army, West Palm Beach to begin his special condition of supervised release that he reside in a halfway house. He was employed at the Heritage Inn Hotel located in Hobe Sound, Florida, as an assistant maintenance man. On January 18, 2001, Mr. Brovillette obtained his physical from the Community Correctional Center, and it was revealed that he had a black spot on his lung. Contact with Mr. Brovillette's doctor revealed that he was diagnosed with lung cancer and was in need of immediate medical attention. On April 6, 2001, Mr. Brovillette was admitted into North Broward Medical Center and on April 13, 2001, Mr. Brovillete had one of his lungs removed. He is presently undergoing chemotherapy for cancer.

On April 6, 2001, as a result of Mr. Brovillette's extensive medical issues and the fact that he was admitted into the hospital for cancer surgery, the Bureau of Prisons discharged Mr. Brovilette from the Community Correctional Center. At this time, Mr. Brovillette is not appropriate for return to that facility due to his extensive medical needs. At the time of his discharge to the hospital, Mr. Brovillette had completed approximately three (3) months of his six (6) month term at the Community Correctional Center without incident.

Mr. Brovillette is living with his son and daughter-in-law in Broward County and it is unlikely that he will be well enough in the near future to resume employment. He has been in compliance with all of his conditions of supervision at this time. **It is respectfully recommended that, in light of his chronic medical situation, the remainder of his term at the halfway house be waived.**

Should Your Honor concur with this recommendation, please indicate in the space below.

Respectfully submitted,

by  Peggy L. Hobcroft
U.S. Probation Officer
Phone: (561)804-6886
Date: May 11, 2001

**THE COURT ORDERS:**

Recommendation
[X]    Concur with action(s) taken by the U.S. Probation Officer
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[ ]    Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

May 16, 2001
Date