PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 63872

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-CR06117-001</u>



## REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Leo Brovillette

Name of Sentencing Judicial Officer: The Honorable Paul Huck, U.S. District Court Judge, Southern District of Florida, Miami

Date of Original Sentence: December 15, 2000

| | |
|---|---|
| Original Offense: | Misprison of a Felony, in violation of Title18 U.S.C. § 4, a Class E felony |
| Original Sentence: | Probation for a term of three (3) years with the following special conditions: 1) Participate in a halfway house for a term of 180 days; 2) Maintain full-time legitimate employment and not to be unemployed for more than 30 days unless excused by the Probation Officer; 3) Obtain prior approval from the Probation Officer before entering into any self employment; 4) File all past due income tax returns and remain current on all tax obligations under the Supervision of Probation and to the satisfaction of the Internal Revenue Service; and 5) Participate in an approved treatment program for alcohol abuse as directed by the U. S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (copayment) in the amount determined by the probation officer, based on ability to pay, or availability of third party payment. |

Type of Supervision: Probation            Date Supervision Commenced: December 15, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to work regularly at a lawful occupation. Since on or about April 13, 2002, the probationer has failed to work regularly as required due to medical reasons. |

PROB 12A  
(SD/FL 10/01  
Name of Offender: Leo Brovillette

SD/FL PACTS No. 63872  
Case No. 00CR06117-001

**U.S. Probation Officer Action**: On or about April 13, 2002, the probationer was rushed to the emergency room suffering from severe headaches. It was determined by the doctors, that Mr. Brovillette, who was previously diagnosed with lung cancer, had developed a tumor in his brain. He has since been operated on, and has begun radiation therapy. Per the report from his doctors, and his physical appearance and condition, it is unlikely Mr. Brovillette will be able to return to work, and/ or his prior quality of life.

He currently resides with his wife at there home located at 651 Northwest 37th Street, Pompano, Florida. Mr. Brovillette has applied for full disability and Social Security. He and his wife are continuing to address the special condition requiring he file and address his past income tax returns.

At this time, it is respectfully recommended the probationer's work condition be waived in light of his current medical condition. In the event his conditions take a turn for the better or worse, the Court will be notified.

Respectfully submitted,

by  
Lawrence Martin  
U.S. Probation Officer  
Phone: 954-769-5518  
Date: June 6, 2002

LAM/dem

Reviewed by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

June 13, 2002  
Date